LYNN V. RIVERA, ESQ.
NEVADA BAR NO. 6797
**BURNHAM BROWN**
A Professional Law Corporation
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501-2403
---
Telephone: (775) 398-3065
Facsimile: (877) 648-5288
Email: lrivera@burnhambrown.com

Attorneys for Defendants
HOME DEPOT U.S.A., INC. AND HD DEVELOPMENT
OF MARYLAND, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT SMITLEY, <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT U.S.A., INC., a Foreign Corporation; HD DEVELOPMENT OF MARYLAND, INC., a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No. 2:18-cv-02175-JAD-PAL <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO AMEND COMPLAINT** |

Pursuant to Local Rule 7.1, the Parties respectfully submit the following stipulation to extend time for Defendants to respond to the Plaintiff's Motion to Amend Complaint, Court document 13, filed by Plaintiff on February 12, 2019. Defendants shall have until

///

///

///

///

///

///

///

March 11, 2019 to file their response to Plaintiff's Motion.

DATED: February 26, 2019                GANZ & HAUF

                                        By /s/ W. Elizabeth Do
                                           MARJORIE HAUF
                                           Nevada Bar No. 8111
                                           W. ELIZABETH DO
                                           Nevada Bar No. 13861
                                           8950 W. Tropicana Ave., Ste. 1
                                           Las Vegas, NV 89147

                                           Attorneys for Plaintiff
                                           VINCENT SMITLEY

DATED: February 26, 2019                BURNHAM BROWN

                                        By /s/ Lynn V. Rivera
                                           LYNN V. RIVERA
                                           Nevada Bar No. 6797
                                           200 S. Virginia Street, 8th Floor
                                           Reno, Nevada 89501

                                           Attorneys for Defendants
                                           HOME DEPOT U.S.A., INC. AND HD
                                           DEVELOPMENT OF MARYLAND, INC.

## ORDER

IT IS SO ORDERED

DATED: February 28, 2019

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

*Vincent Smitley v. Home Depot U.S.A., Inc., et al.*
*United States District Court, District of Nevada Case No. 2:18-cv-02175-JAD-PAL*

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Burnham Brown, and that on this date, I caused the foregoing:

**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO AMEND COMPLAINT**

to be served on all parties to this action by:

BY E-FILING (USDC-DISTRICT OF NEVADA): I caused such document to be sent electronically to the court; electronic filing constitutes service upon the parties who have consented to electronic service.

| | |
|---|---|
| Adam Ganz<br>Marjorie Hauf<br>W. Elizabeth Do<br>GANZ & HAUF<br>8950 W. Tropicana, Suite 1<br>Las Vegas, NV 89147<br>Tel: 702.598.4529<br>Fax: 702.598.3626 | Attorneys for Plaintiff<br>VINCENT SMITLEY |

Dated: February 26, 2019

/s/ Noelle Duncan
Noelle Duncan, an Employee of Burnham Brown

4812-7136-1417, v. 1