LYNN V. RIVERA, ESQ.
NEVADA BAR NO. 6797
**BURNHAM BROWN**
A Professional Law Corporation
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501-2403
---
Telephone: (775) 398-3065
Facsimile: (877) 648-5288
Email: lrivera@burnhambrown.com

Attorneys for Defendants
HOME DEPOT U.S.A., INC. AND HD DEVELOPMENT
OF MARYLAND, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT SMITLEY, | Case No. 2:18-cv-02175-JAD-PAL |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| HOME DEPOT U.S.A., INC., a Foreign Corporation; HD DEVELOPMENT OF MARYLAND, INC., a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the above-captioned action be dismissed with prejudice, each party to

///

///

///

///

///

///

///

///

bear its own attorney's fees, costs and related expenses.

DATED: April 4, 2019 　　　　　　　　　　　DATED: April 4, 2019

BURNHAM BROWN 　　　　　　　　　　　GANZ & HAUF

/s/ Lynn V. Rivera 　　　　　　　　　　　/s/ W. Elizabeth Do
LYNN V. RIVERA 　　　　　　　　　　　W. ELIZABETH DO
Nevada Bar No. 6797 　　　　　　　　　　Nevada Bar No. 13861
200 S. Virginia Street, 8th Floor 　　　　　　8950 W. Tropicana, Ste. 1
Reno, NV 89501 　　　　　　　　　　　Las Vegas, NV 89147
Attorneys for Defendants 　　　　　　　　Attorneys for Plaintiff
HOME DEPOT U.S.A., INC. AND HD 　　　VINCENT SMITLEY
DEVELOPMENT OF MARYLAND, INC.

**ORDER**

Based on the parties' stipulation **[ECF No. 18]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The motion for leave to amend **[ECF No. 13]** is DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 8, 2019

2
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL　　　　No. 2:18-cv-02175-JAD-PAL